# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADRIAN FUENTES GARCIA,<br><br>　　　　Defendants. | 2:09-CR-262 JCM (RJJ) |

**ORDER**

Presently before the court is petitioner Adrian Fuentes Garcia's second motion seeking an extension in which to file a response to the government's motion to dismiss petitioner's 28 U.S.C. § 2255 motion to vacate. (Doc. #259). The government has not responded.

The court previously granted petitioner a 21-day extension, up to and including April 9, 2012, in which to file his opposition to the motion to dismiss. (Doc. #257). The petitioner did not file the opposition, or present motion seeking an extension, until after the new deadline had passed. The court will grant petitioner a second, and final, extension in which to respond to the government's motion.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner's motion seeking an extension (doc. #259) be, and the same hereby is, GRANTED.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS THEREFORE ORDERED that petitioner shall have up to, and including, May 9, 2012, to file his response to the government's motion to dismiss.

DATED April 18, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -