# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>vs. )<br>ADRIAN FUENTES-GARCIA, )<br>　　　　　Defendant. ) | Case No.  2:09-cr-00262-JCM-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Alina M. Shell's Motion to Withdraw as Counsel and Request for Appointment of CJA Counsel (#328) filed June 17, 2014.  Upon review and consideration,

　　　**IT IS HEREBY ORDERED** that Alina M. Shell's Motion to Withdraw as Counsel and Request for Appointment of CJA Counsel (#328) is **granted**.  CJA appellate counsel will be appointed to represent Adrian Fuentes-Garcia.

　　　**IT IS FURTHER ORDERED** that the hearing set for Wednesday, June 25, 2014 at 3:00 p.m. is hereby **vacated**.

　　　DATED this 20th day of June, 2014.

　　　　　　　　　　　　　　　　　　／s／ George Foley, Jr.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　United States Magistrate Judge