# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO RIVERA-AVALOS, et al.,<br><br>Defendants. | 2:09-CR-262 JCM (GWF) |

## ORDER

Presently before the court is the matter of *United States v. Rivera-Avalos, et al.*, case no. 2:09-cr-262-JCM-GWF.

Defendant Adrian Fuentes-Garcia filed a motion to vacate under 28 U.S.C. § 2255, which this court denied as untimely. (Doc. # 265). The Ninth Circuit reversed and remanded with instructions to hold an evidentiary hearing. (*See* memorandum opinion, doc. # 326).

Accordingly, an evidentiary hearing is set for **Tuesday, September 16, 2014 at 10:00 a.m. in courtroom 6A**. The parties are instructed to file any information they wish the court to consider at the hearing no later than **September 9, 2014.** The government is ordered to file the appropriate writ in a timely manner to ensure the petitioner's presence at the hearing.

IT IS SO ORDERED.

DATED July 16, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**