DANIEL G. BOGDEN
United States Attorney
ADAM FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CR-262-JCM-GWF |
| Plaintiff, | **Stipulation to Reset Evidentiary Hearing.** |
| vs. | |
| ADRIAN FUENTES-GARCIA, | |
| Defendant. | |

The United States of America by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and ADAM FLAKE, Assistant United States Attorney, and Defendant Adrian Fuentes-Garcia, by and through his attorney TODD M. LEVENTHAL, here by stipulate that the Court enter an order rescheduling the evidentiary hearing currently set for May 14, 2015, at 10:30 a.m., to June 2, 2015, at 10:30 a.m.

This order is sought for the following reasons:

1. Defendant has filed a 28 U.S.C. § 2255 motion to vacate, set aside or correct sentence. CR 250.

2. This Court has ordered an evidentiary hearing on the motion. CR 356.

3. The parties have scheduling conflicts on May 14, 2015. The parties and Michael Pandullo, whom the government intends to call as a witness, are available on June 2, 2015 at 10:30 a.m.

**CONCLUSION**

WHEREFORE, based on the foregoing, the parties stipulate to have the evidentiary hearing reset to June 2, 2015 at 10:30.   .

Dated this 1st day of May, 2015.

|  |  |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | /s/<br>TODD M. LEVENTHAL<br>Counsel for Def. Adrian Fuentes Garcia |

/s/
ADAM FLAKE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CR-262-JCM-GWF |
| Plaintiff, | **Order Resetting Evidentiary Hearing.** |
| vs. | |
| ADRIAN FUENTES-GARCIA, | |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing,

IT IS THEREFORE ORDERED the evidentiary hearing previously set for May 14, 2015 is reset to June 2, 2015, at 10:30 a.m.

DATED May 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,                   ) | Case No.: 2:09-CR-262-JCM-GWF |
| )  | |
| vs.                          ) | |
| )  | |
| ADRIAN FUENTES-GARCIA,       ) | |
| )  | |
| Defendant.                   ) | |

CERTIFICATE OF SERVICE

I, Ellenrose Jarmolowich, do hereby certify that on May 1, 2015, a copy of the attached Stipulation to Reset Evidentiary Hearing was sent via CM/ECF to all parties.

/S/
ELLENROSE JARMOLOWICH
Legal Assistant

4