UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ADRIAN FUENTES-GARCIA, et al.,<br><br>Defendant(s). | Case No. 2:09-CR-262 JCM (GWF)<br><br>ORDER |

Presently before the court is the case of *United States of America v. Adrian Fuentes-Garcia*, case number 2:09-cr-00262-JCM-GWF-2.

On September 23, 2015, the parties filed a joint stipulation for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).  (Doc. # 377).  The parties have reached an agreement concerning a discretionary sentence reduction for defendant Adrian Fuentes-Garcia.

Included in the joint stipulation is a declaration from the defendant consenting to the entry of an amended sentence and setting forth the appropriate waivers.  (Doc. # 377).  The joint stipulation also contains a certification by defense counsel that counsel has communicated with the defendant and that the defendant consents to the proposed resolution.  Finally, the joint stipulation sets forth the amended guidelines sentencing range as calculated by the parties and an agreement to a particular sentence.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' joint stipulation (doc. # 377) be, and the same hereby is, GRANTED.  Defendant Adrian Fuentes-Garcia shall receive the agreed upon sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's sentence of imprisonment is reduced to 108 months' imprisonment.  All other provisions of the judgment dated August 27, 2010, are to remain in effect.  The effective date of defendant's sentence reduction shall be November 1, 2015.

DATED October 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**